UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRAVIS L. REVELS,

    Plaintiff,

vs.                                        Case No.: 11-CV-435

CHIQUOINE & MOLBERG, S.C. and
STEPHEN D. CHIQUOINE,

    Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

The Court, having reviewed the foregoing Stipulation of the parties,

IT IS HEREBY ORDERED that, for the reasons set forth in defendants' Motion to Dismiss, and based on the Stipulation of the parties, this action is dismissed, in its entirety, on the merits, with prejudice, and without costs or fees to either party.

Dated: __7-18__, 2011.    BY THE COURT

                                                  _____
                                                  Magistrate Judge Stephen L. Crocker